Cat 1
1:23-cv-15585
Judge Andrea R. Wood
Magistrate Judge  Judge M. Heather K. McShain
Random Assignment



**RECEIVED**

NOV 02 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FILED**
2/13/2024
Page 1 of 3
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JJ

## United States District Court
### For The Northern District Of Illinois

### Complaints Statements of Employment Discrimination

1.) On September 1, 2021 Based on Race/Color (Black), Disability ( PTSD, Anxiety, Depression, Panic Attacks), and Retaliation (For engaging in prior protected EEO activity). United States Postal Service Chicago District Human Resources Manager was in receipt of Plaintiff August 9, 2021 complaint letter that Human Resources and DRAC Chairperson Jesse Tucker failed to acknowledge and had refused to comply with and respond to Plaintiff March 28, 2021 Request for a New Reasonable Accommodation Committee Meeting. Violating Title VII of the Civil Rights Act of 1964 42 USC 2000e prohibiting employment discrimination, Title 5 USC 2302(b)(1) (A), Title 5 USC 2302(b)(8), Title 5 USC 2302(b)(8)(A)(i), Title 5 USC 2302(b)(9)(A), The Rehabilitation Act of 1973 section 791 (section 501), and USPS ELM 24 Timeframes for Processing Requests for Reasonable Accommodation. Plaintiff is seeking $5,000 in Non-Economic Damages.

2.) On or after September 17, 2021 Based on Race/Color (Black), Disability (PTSD, Anxiety, Depression, Panic Attacks), and Retaliation (For engaging in prior protected EEO activity). United States Postal Service Chicago District Management Officials Spring Rankin and DRAC Chairperson Jesse Tucker committed FRAUD. By back dating and creating a fraudulent document claiming Plaintiff Request for a New Reasonable Accommodation Committee Meeting on March 28, 2021 was responded to but neither US Postal Service management officials can provide proof of delivery service to Plaintiff home or a US Postal Service tracking confirmation number to confirm that is was even mailed to the Plaintiff. Every single document or letter sent to the Plaintiff home (including blank forms) has a tracking number on it to prove receipt. The fraudulent document was an attempt to deceive the legal system and DEFRAUD the Plaintiff out of any financial compensation owed to the employee. Violating Title VII of the Civil Rights Act of 1964 42 USC 2000e prohibiting employment discrimination, USPS ELM 24 Timeframes, ELM 665.23 Discrimination, ELM 666.17 Reprisal for Exercising Appeal Rights, Title 5 USC 2302(b)(1)(A), Title 5 USC 2302(b)(8), Title 5 USC 2302(b)(8)(A)(i), Title 5 USC 2302(b)(9)(A), Title 18 USC 1001. Plaintiff is seeking $100,000 in Non-Economic Damages.

3.) On October 22 and November 8, 2021 Based on Race/Color (Black), Disability (PTSD, Anxiety, Depression, Panic Attacks), and Retaliation (For engaging in prior protected EEO activity). United States Postal Service Chicago District management officials ignored USPS EEO ADR Specialist Felicia L. Raheem communications. So the employee was denied (by management officials) the right to a Redress/Mediation meeting to try in resolve the Plaintiff EEO complaints case.

Page _2_ of _3_

Complaints Statements of Employment Discrimination

Violating Title VII of the Civil Rights Act of 1964 42 USC 2000e prohibiting
employment discrimination, Title 29 CFR 1614.105(b)(2), Title 5 USC 2302(b)(1)(A),
Title 5 USC 2302(b)(8), Title 5 USC 2302(b)(8)(A)(i), Title 5 USC 2302(b)(9)(A),
USPS ELM 665.23 Discrimination, and Title 29 CFR 1614.102(b)(2). Plaintiff is
seeking $5, 000 in Non-Economic Damages.

4.) On January 14, 2022 Based on Race/Color (Black), Disability (PTSD, Anxiety,
Panic Attacks, Depression), and Retaliation (For engaging in prior protected EEO
activity). United States Postal Service EEO Department closes an EEO Complaints
Case ID PRE-005994-2022 against US Postal Service EEO management officials
Kelly Hullet, Orlando Anderson, Felicia L. Raheem, and Stacey Beck. Without
acknowledging the complaint and without sending the Plaintiff any notification of
the official reason why the USPS EEO Complaints Case PRE-005994-2022 was
closed by the USPS EEO Department without following USPS EEO procedures.
Plaintiff complaint issue was those 4(four) management officials above tried to
include a fake and fraudulent document created by US Postal Service Chicago
District Human Resources management officials Spring Rankin and Jesse Tucker
in an attempt to defraud the Plaintiff/employee out of the financial compensation
owed to the employee for the US Postal Service ignoring the employee March 28,
2021 Request for a New Reasonable Accommodation Committee Meeting.
Violating Title VII of the Civil Rights of 1964 42 2000e, 29 CFR 1614.101(b), 29
CFR 1614.102(a)(2), 29 CFR 1614.106, Title 5 USC 2302(b)(1)(A), Title 5 USC
2302(b)(8)(A)(i), Title 5 USC 2302(b)(9)(A). Plaintiff is seeking the USPS EEO
Complaints Case PRE-005994-2022 to be processed.

5.) On July 14, 2022 Based on Race/Color (Black), Disability (PTSD, Anxiety, Panic
Attacks, Depression), and Retaliation (For engaging in prior protected EEO activity)
United States Postal Service Law Department Attorney's Alison D. Alvarez and
Nikolai G. Guerra and US Equal Employment Opportunity Commission
Administrative Judge Neile F. Eisner were involved in Exparte Communication and
conspired together to dismiss EEOC Hearings Request. Denying Plaintiff to a fair,
unbias, and impartial EEOC Hearings proceeding and the required opportunity for
the Plaintiff to Appeal the decision to dismiss by Administrative Judge Neile F.
Eisner. After Plaintiff complained about deposition location being an Hostile and
Uncomfortable environment and not close to Plaintiff home as ordered by the court.
Ignoring the Agency Attorney's failure to follow the EEOC Administrative Judge
instructions and the EEOC Administrative Judge ignoring Plaintiff concerns for her
Mental Health being put in a Hostile situation.Violating Title VII of the Civil Rights
Act of 1964 42 USC 2000e, Title 29 CFR 1614.101(b),

Page _3_ of _3_

Complaints Statements of Employment Discrimination

Title 29 CFR 1614.102(a)(2), Title 29 CFR 1614.103(a), Title 29 CFR 1614.109, Administrative Law Judge Code of Professional Conduct, Title 5 USC 2302(b)(1)(A), Title 5 USC 2302(b)(8), Title 5 USC 2302(b)(8)(A)(i), Title 5 USC 2302(b)(9)(A), and Ill. Sup. Ct. Rule 8.4(c) and (d). Plaintiff is seeking $200,000 in Non-Economic Damages.

Plaintiff has attached _37_ additional pages of documentation along with the US EEOC Final Appeal decision.

Respectfully submitted by,

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline/Fax



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P.O. Box 77960**
**Washington, DC 20013**

Alyce R. Anderson a/k/a
Tasia C.,[1]
Complainant,

v.

Louis DeJoy,
Postmaster General,
United States Postal Service
(Field Areas and Regions),
Agency.

Request No. 2023002256

Appeal No. 2022004562

Hearing Nos. 440-2021-00167X, 440-2022-00027X, 440-2022-00170X

Agency Nos. 1J-607-0063-18, 1J-607-0065-20, 1F-341-0197-21

<u>DECISION ON REQUEST FOR RECONSIDERATION</u>

Complainant requested that the Equal Employment Opportunity Commission (EEOC or Commission) reconsider its decision in <u>Tasia C. v. U.S. Postal Serv.</u>, EEOC Appeal No. 2022004562 (Jan. 31, 2023). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision issued pursuant to 29 C.F.R. § 1614.405(a), where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. See 29 C.F.R. § 1614.405(c).

On July 7, 2018, November 3, 2020, and November 18, 2021, Complainant filed three complaints, Agency Nos. 1J-607-0063-18, 1J-607-0065-20, and 1F-341-0197-21, respectively, alleging discrimination and harassment based on race, color, sex, age, disability, and in reprisal for prior EEO activity when:

---

[1] This case has been randomly assigned a pseudonym which will replace Complainant's name when the decision is published to non-parties and the Commission's website.

1. On or around March 2018, she was denied overtime opportunities.
2. On or around March 2018, she was denied a detail opportunity and career advancement.
3. On July 17, 2018, she was sent home, told not to return to work until she had medical documentation for her recent absence, and charged Absent Without Leave while she was off work at management's instruction.
4. On or around July 11, 2020, she was informed that her job assignment and schedule were involuntarily changed.
5. On or around July 28, 2020, she requested to be moved to another facility and management had not responded.
6. On February 17, 2021, management's conduct at her District Reasonable Accommodation Committee meeting was hostile, unprofessional, and inappropriate.
7. On March 11, 2021, she was denied reasonable accommodation for a hostile work environment and her March 28, 2021 request for reconsideration and a new District Reasonable Accommodation Committee meeting has been ignored by the Committee Chairperson and Human Resources.
8. On April 1, April 21, August 3, September 1, and October 7, 2021, and other possible dates, her requests for a second Reasonable Accommodation Committee meeting were denied.

Complainant requested a hearing before an EEOC Administrative Judge (AJ). The AJ dismissed the request. The Agency issued final Agency decisions finding no discrimination as alleged. Complainant appealed, and the Commission's prior decision affirmed the Agency's decisions. Upon review, we find no reason to disturb the Commission's prior affirmance of the cancellation of the hearing and the Agency's final decisions finding no discrimination.

In the instant request, Complainant provides no evidence to warrant granting her request. The Commission emphasizes that a request for reconsideration is not a second appeal to the Commission. Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110) (Aug. 5, 2015), at 9-18; see, e.g., Lopez v. Dep't of Agric., EEOC Request No. 0520070736 (Aug. 20, 2007). Rather, a reconsideration request is an opportunity to demonstrate that the appellate decision involved a clearly erroneous interpretation of material fact or law, or will have a substantial impact on the policies, practices, or operations of the Agency. Complainant has not done so here.

After reviewing the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(c), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 2022004562 remains the Commission's decision. There is no further right of administrative appeal on the decision of the Commission on this request.

3                                                                                      2023002256

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0610)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

## RIGHT TO REQUEST COUNSEL (Z0815)

If you want to file a civil action but cannot pay the fees, costs, or security to do so, you may request permission from the court to proceed with the civil action without paying these fees or costs. Similarly, if you cannot afford an attorney to represent you in the civil action, you may request the court to appoint an attorney for you. **You must submit the requests for waiver of court costs or appointment of an attorney directly to the court, not the Commission.** The court has the sole discretion to grant or deny these types of requests. Such requests do not alter the time limits for filing a civil action (please read the paragraph titled Complainant's Right to File a Civil Action for the specific time limits).

FOR THE COMMISSION:

Carlton M. Hadden, Director
Office of Federal Operations

August 3, 2023
Date

4                                                         2023002256

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was made available to the parties.** I certify that on the date below this decision was provided to the following recipients via the means identified for each recipient:

Alyce R. Anderson
2266 W. 10th Avenue
Gary, IN 46404
Via U.S. Mail

U.S. Postal Service (Field Areas and Regions)
NEEOISO - Appeals
U.S. Postal Service
Via FedSEP

August 3, 2023
Date

Compliance and Control Division

ᵗ Content Body   Menu

# EEO efile

Your Session Will Expire in 30 minute(s)

- <u>Submissions</u>
- <u>My Account</u>
- <u>Resources</u>
- <u>Logout</u>

# EEO Contact Summary - *Step 9 of 9*

Verify the information below. Once you submit, you will not be able to edit it, so please be sure all information is correct. If you need to make changes, click the Edit button for the information you would like to change.

## CURRENT SAVED INFORMATION

┌─ Office ──────────────────────────────────────────

**Office** 161128 - WESTSHORE PROC FIELD UN

[ Edit Office ]

┌─ Alleged RMO(s) ──────────────────────────────────

**Name:** Jessie   Tucker
**Name:** Joseph   Jenkins
**Name:** Shellene   Bell
**Name:** Alesia   Hope
**Name:** Daniel   Halfman
**Name:** Phyllis   Stanley

[ Edit RMO ]

┌─ REDRESS® / Anonymity / Extension ────────────────

**Anonymous:** No
**REDRESS®:** Yes
**Extension:** No

[ Edit REDRESS® / Anonymity / Extension ]

┌─ Grievance/MSPB Appeal ───────────────────────────

**Previous Grievance:** Yes Date: ( 07/20/2021 )
**Disciplinary Review Board:** No
**MSPB Appeal:** No

[ Edit Grievance/MSPB Appeal/Section 650 Appeal ]

┌─ Representative Information ──────────────────────

No Representative added

Edit Representative

┌─ Claims ─────────────────────────────────────────────────────────────┐

**Claim Type:** Reasonable Accommodation Disability
**Incident Date:** 09/01/2021
**Basis/Bases:** General: Age, Color, Reprisal, Disability - Mental
National Origin: Other
Race: Black, Not of Hispanic Origin
Sex: Female
**Summary of Issue:** DRAC Chairperson Jessie Tucker, Human Resources Manager (Joseph Jenkins), Plant Manager Daniel Halfman, Area Maintenance Manager Alesia Hope, HR Staffing Specialist Shenelle Bell, and EEO ADR Specialist Phyllis Stanley because of my engagement in protected EEO activity violated ELM 661.2(d), 665.23, 666.12(b), 811.23(a), 811.24(a), Section 24 Timeframe Processing Request Reasonable Accommodation, F18T-1F-C20469951, and 29 CFR 1614.101-106. When on September 1, 2021, April 1, 2021, October 7, 2020, and August 3, 2020 has refused and failed to uphold their training, obligations, and responsibilities to provide me (employee) with a NEW Reasonable Accommodation Meeting for a HOSTILE, UNSAFE, and UNHEALTHY workplace environment. Because the first meeting was hostile, unfair, not impartial, and full of people with a direct "Conflict of Interest" and NO interest me receiving a new and safe workplace.
**Remedy Requested:** An new NON-Hostile, Safe, and Health workplace.

Edit Claims

└───────────────────────────────────────────────────────────────────────┘

┌─ Documents ──────────────────────────────────────────────────────────┐

No Document added

Edit Documents

└───────────────────────────────────────────────────────────────────────┘

┌─ Rights and Responsibilities ────────────────────────────────────────┐

**Rights and Responsibilities:** Acknowledged

Edit Rights and Responsibilities

└───────────────────────────────────────────────────────────────────────┘

Back  Submit  Cancel

Privacy Policy | Contact Administrator

August 9, 2021
Certified Mail No. 70203160000232191984

HR Manager, Chicago District Office
US Postal Service
433 W. Harrison St. 4th Floor
Chicago, IL. 60669-9401

As of today August 9, 2021 the Human Resources DRAC Chairperson Jessie Tucker still has not acknowledged or responded to my March 28, 2021 request for a NEW Reasonable Accommodation Committee Meeting. It was received by your office, Human Resources DRAC, on April 1, 2021 and sent again on April 17, 2021 and received again by the DRAC Chairperson on April 21, 2021. I was surprised that the DRAC Chairperson Jessie Tucker didn't contact me before March 20, 2021, on her own, to ask if I wanted to have a new Reasonable Accommodation Committee Meeting because of the misconduct and inappropriate behavior by USPS Management Officials on February 17, 2021 toward me during that meeting.
My reasons for requesting a NEW Reasonable Accommodation Committee Meeting are:
1.) NO Union Official was present to monitor the proceedings to make sure that it was done properly and fairly.
2.) I was being attacked and the meeting was made HOSTILE by Labor Relations Manager Barbara Singleton.
3.) Area Maintenance Manager Alesia Hope and Labor Relations Manager Barbara Singleton were being inappropriate with me, asking about inside my home, trying to attack my character in front of other committee members.
4.) DRAC Chairperson allowed 3(three) management officials( I protested) onto the Reasonable Accommodation Committee that either help create or directly had a hand in creating the HOSTILE, UNSAFE, and UNHEALTHY workplace environment I was in, that I and 3(three) of my healthcare providers wrote about to you, ( the HR Manager) on July 28, 202 and as of today August 9, 2021 you yourself still have NOT acknowledged or responded to either, in violation of the ELM 665.23 Prohibited Conduct Discrimination, ELM 666.12(b) Prohibited Personnel Practices Discrimination, ELM 811.23(a) and 811.24(a) Safety, Health, Environment Guiding Principles People and Safety Philosophy.
Area Maintenance Manager Alesia Hope, 8(eight) EEO complaints against, Chicago Metro Surface Hub Plant Manager Daniel Halfman, 2(two) EEO complaints against, and Shellene Bell 1(one) EEO complaint against. All three had a direct "Conflict of Interest" which is in violation of the ELM 661.2(d) Conduct Prohibition against "Conflicts of Interest" and ELM 911.3 Labor Relations Participation and Membership in Labor Organizations "Conflict of Interest".
5.) DRAC Chairperson Jessie Tucker was supposed to provide me with documentation of the February 17, 2021 meeting that included all of the signed names of the participants involved and as of today August 9, 2021 I still have not received.
I have been waiting too long for assistance and would like to return to work as soon as possible to a NEW non-hostile, safe and a healthy workplace environment. The USPS has been hiring individuals in the Chicago District since October of 2020 still has not contacted me about working on a possible detail assignment until a new and permanent location is found for m The Greater Indiana District has reached out to me several times about available job opportunities in Indiana and the DRA Chairperson Jessie Tucker has refused to inform the hiring manager of the situation and why I do not feel safe working at C

Metro Surface Hub anymore. I do not understand the actions or conduct of any management officials thus far if part of your responsibilities are to protect the well-being and safety of employees. I await your response and action to this corresponder

Respectfully,
Alyce Anderson
2266 W/10th Ave.
Gary, Indiana 46404
219-427-1683 Home

cc: Acting Vice President (Sal Vacca)
Great Lakes Area Operations
500 Fullerton Ave.
Carol Stream, IL. 60199-9841
Certified Mail No. 70203160000232191991

# USPS Tracking®

FAQs >

**Tracking Number:**

## 70203160000232191984

**Copy**     **Add to Informed Delivery
(https://informeddelivery.usps.com/)**

**Remove ✕**

---

### Latest Update

Your item was delivered to a parcel locker at 11:13 am on September 1, 2021 in CHICAGO, IL 60607.

### Delivered
**Delivered, Parcel Locker**
CHICAGO, IL 60607
September 1, 2021, 11:13 am

**See All Tracking History**

Feedback

---

**Text & Email Updates**     ⌄

---

**USPS Tracking Plus®**     ⌄

---

**Product Information**     ⌄

**See Less ∧**

---

Track Another Package

Enter tracking or barcode numbers

Jessie Tucker
DRAC Chairperson
United States Postal Service
Health and Resource Management
433 W. Harrison St., 4th Floor
Chicago, IL. 60669-9401

*March 23, 2021*
*Page 1 of 3*

7020 1810 0001 0637 6923

Request for ReConsideration and a NEW Reasonable Accommodation Committee Meeting.

Reason:
I formally request that ReConsideration be given and that a NEW Reasonable Accommodation Committee Meeting be held for me (the employee). Because the February 17, 2021 ZOOM Reasonable Accommodation Committee Meeting was unprofessional, discriminatory, and hostile.

Statement of Facts:
1.) Employee originally contacted the United States Postal Service Chicago District Human Resources Manager, District Manager, and Plant Manager on July 28, 2020 and was never acknowledged and ignored by United States Postal Service Management Officials until November 18, 2020. After I filed a National Labor Board Charge for Unfair Labor Practices on the part of the United States Postal Service.

2.) Employee did NOT have Union Representation and the Committee did NOT ask the employee if she wanted a Union Representative during the Meeting.

3.) No Doctor was present or individual with credentials on the effects of an hostile, unsafe, and unhealthy workplace environment on an employee.

4.) Management Officials with a clear and direct "Conflict of Interest" and whom the employee has several EEO complaints and a NLRB charge against were allowed to be on the Reasonable Accommodation Committee.

5.) United States Postal Service Chicago District Labor Relations Manager Barbara Singleton was hostile and attacking the employee during the Reasonable Accommodation Committee Meeting, for an hostile, unsafe, and unhealthy workplace environment.

6.) United States Postal Service Chicago District Labor Relations Manager Barbara Singleton and Area Maintenance Manager Alesia Hope accused the employee during the Reasonable Accommodation Committee Meeting for an hostile, unsafe, and unhealthy workplace environment of hiding someone in employees home during the meeting.

7.) United States Postal Service Chicago District Labor Relations Manager Barbara Singleton and Area Maintenance Manager Alesia Hope also accused the employee during the Reasonable Accommodation Committee Meeting for an hostile, unsafe, and unhealthy workplace environment of hiding some sort of paperwork on the floor.

8.) Employee never signed or received a copy of any affidavit with the list of names of every single United States Postal Service management official or any other individual present that was involved in making the decision.

9.) What another employee or co-worker (male or female) did or did not do has NO Bearings and NO Relevance to the effect or stress or harm the United States Postal Service management officials' continuous illegal and abusive actions caused another human being.

10.) Employee gave testimony during the Reasonable Accommodation Committee Meeting of how the abusive and illegal actions of the Area Maintenance Manager Alesia Hope affected and aggravated employee illness/conditions and the employee ability to come to work. Due to the hostile, unsafe, and unhealthy workplace environment, she (Hope) created. Anything else has NO Bearings and NO Relevance.

Attached to this request for ReConsideration and a NEW Reasonable Accommodation Committee Meeting is information about the Employer obligation and responsibility to each and every employee under their care to provide a non-hostile, safe, and healthy workplace and environment. And also how employees are NOT suppose to be harmed, discriminated against or retaliated against for requesting to be moved to a non-hostile, safe, and healthy workplace environment which is their right too.

Jessie Tucker
DRAC Chairperson
United States Postal Service
Health & Resource Management
433 W. Harrison, 4th Floor
Chicago, IL. 60669-9401

*March 18 2021*
*page 2 of 3*

7020 1810 0001 0637 6923

ReConsideration Request
Employer : Obligations and Responsibilities (to provide) to the Health, Safety, and Work Environment of an employee.

Collective Bargaining Agreement
Article 2 : NON-DISCRIMINATION AND CIVIL RIGHTS
Section 1. Statement of Principle
The Employer and the Union agree that there shall be no discrimination by the Employer or the Union against employees because of race, color, creed, religion, national origin, sex, age, marital status.
In addition, consistent with the other provisions of this Agreement, there shall be no unlawful discrimination against handicapped employees, as prohibited by the Rehabilitation Act.

Article 14 : SAFETY AND HEALTH
Section 1. Responsibilities
It is the responsibility of management to provide safe working conditions in all present and future installations and to develop a safe working force. The Union will cooperate with and assist management to live up to this responsibility.

Postal Bulletin 22543 (4-9-2020)
Postal Service Policy on Workplace Harassment
Effective March 26, 2020, the Postal Service reissued its Memorandum of Policy (MOP) HR-03-26-2020-2
This policy reaffirms the Postal Service's commitment to providing a work environment free of harassment and supersedes
Prohibited Activities, Management Responsibility, and Employees' Rights and Responsibilities
Megan J. Brennan, former
Postmaster General, CEO

United States Postal Service Employee Labor Manual (ELM)
2 The Reasonable Accommodation Process
21 Questions About Reasonable Accommodation
211 Overview
Qualified individuals with disabilities may require reasonable accommodation during the application, during the course of their employment with the Postal Service, or both. Questions concerning reasonable accommodation can arise in several way:
When an employee requests an accommodation to enable him or her to enjoy equal benefits and privileges of employment as employees without disabilities enjoy.

24 Timeframes for Processing Requests for Reasonable Accommodation
The time needed to process a request depends on the nature of the accommodation needed and whether it is necessary to obtain substantiating information regarding the impairment of the individual, the need for accommodation, or both. You must process requests for accommodation and provide the accommodation as promptly as possible given the facts and circumstances, but you should not take longer than 45 calendar days from the date request is received to provide or deny the accommodation.
If referral to the RAC is required, the RAC must conduct an interactive meeting with the requesting individual within 30 calendar days of receipt of the request: and absent extenuating circumstances justifying a delay, a decision must be made on the request within 45 calendar days from the date of receipt of request for reasonable accommodation.

3 Employment and Placement

310 General Provisions
311 Functional Responsibilities
311.12 Prohibition of Discrimination
It is the policy of the Postal Service that all employees and applicants for employment be afforded equal opportunites in employment without regard to race, color, sex, national orgin, religion, disability, or service in the uniformed services. As part of its program of equal employment opportunity , the Postal Service prohibits discrimination or harassment based on any of these categories.

311.22 Area Manager of Human Resources
The manager Human Resources (Area), directs the review, compliance, and continued long-term improvement of all employees and labor relations programs, including collective bargaining, grievance processing, arbitration, contract interpretation, contract analysis, recruitment, compensation, organizational design, staffing, training, Equal Employment Opportunity (EEO), safety, and Postal Career Executive Services (PCES) administration.

661.2 Application to Postal Employees
d. Prohibition against bribery, graft, and conflicts of interest (18 U.S.C. 201,203,205,208,and 209)
l. Prohibition against fraud or false statements in a government matter (18 U.S.C. 1001)
ac. Prohibition against the use of deceit in an examination or personnel action in connection with government employment (18 U.S.C. 1917)

664 Bribery, Undue Influence, or Coercion
a. Any instance in which a person either within or outside the Postal Service uses or attempts to use bribery, undue influence, or coercion to induce or attempt to induce the employee to act or neglect to act in regard to official responsibilities.

665 Postal Service Standards of Conduct
665.2 Prohibited Conduct
665.23 Discrimination
Employees acting in an official capacity must not directly or indirectly authorize, permit, or participate in any action, event, or course of conduct that subjects any person to discrimination, or results in any person being discriminated against on the basis of race, color, religion, sex, national origin, age (40+), physical or mental disability, marital or parental status, sexual orientation. or any other non merit factor, or that subjects any person to reprisal for prior involvement in EEO activity.

666 Prohibited Personnel Practices
666.1 Restrictions.
666.12 Prohibited Discrimination
b. Individual Status: No person may be discriminated against because of race, color, religion, sex, age (40+), national origin, disability, reprisal based on protected activity, marital or parental status, or sexual orientation in connection with examination, appointment, reappointment, reinstatement, reemployment, promotion, transfer, demotion, removal, or retirement.

666.17 Reprisal for Exercising Appeal Rights
Taking or failing to take any personnel action as a reprisal for the exercise of any appeal right granted by a law, rule, or regulation is prohibited.

666.18 Reprisal for Release of Information
No one may take or fail to take a personnel action, or threaten to do so, with respect to any employee or applicant for employment because the employee or applicant discloses information that he or she believes evidences:
a. A violation of any law, rule, or regulation, or
b. A gross waste of funds, gross mismanagement, an abuse of authority, or a substantial and specific danger to public health or safety

8 Safety, Health, and Environment
810 Occupational Safety and Health Program
811 General
811.2 Principles
811.23 Guiding Principles
a. People - Employees are our most valued resource. Our employees must be provided a safe and healthful workplace.

811.24 Safety Philosophy
The safety philosophy of the Postal Service is stated below.
a. Any occupational injury or illness can be prevented. This goal is realistic, not theoretical. Supervisors and managers have primary responsibility for the well-being of employees and must fully accept this principle.

9 Labor Relations
910 Employee Organizations
911 Participation and Membership in Labor Organizations
911.3 Conflicts of Interests
Supervisors and certain other employees may not actively participate in the management of a labor organization including voting intra-union elections or acting as a representative of a labor organization when it would result in a conflict of interest, or apparent conflict of interest, or otherwise be incompatible with law or with the official duties of the supervisor or employee,

Respectfully ,
Alyce Anderson
2266 W. 10th Ave.
Gary, Indiana 46404-2264
219-427-1683 Home/Fax

7020 1810 0001 0637 6923
page 3 of 3



# USPS Tracking®

**FAQs** >

## Track Another Package  +

**Tracking Number:** 70201810000106376923

Remove ✕

Your item was delivered to a parcel locker at 5:35 am on April 1, 2021 in CHICAGO, IL 60699.

## ⊘ **Delivered, Parcel Locker**

April 1, 2021 at 5:35 am
CHICAGO, IL 60699

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                               ⌃

**April 1, 2021, 5:35 am**
Delivered, Parcel Locker
CHICAGO, IL 60699
Your item was delivered to a parcel locker at 5:35 am on April 1, 2021 in CHICAGO, IL 60699.

**April 1, 2021, 5:34 am**
Arrived at Post Office
CHICAGO, IL 60699

**March 31, 2021, 10:16 pm**
Departed USPS Regional Facility
CHICAGO IL DISTRIBUTION CENTER

Certified Mail No. 7020 1810 0001 0637 7319

Saturday April 17, 2021
Jessie Tucker
DRAC Chairperson
United States Postal Service
Health and Human Resources Management
433 W. Harrison St., 4th Floor
Chicago, IL. 60669-9401

Ms. Tucker, I am still awaiting for the acknowledgement from you and the Human Resources Department, that you received may request for ReConsideration
and a NEW Reasonable Accommodation Committee Meeting. I mailed it on March 28, 2021 Certified Mail No. 7020 1810 0001 0637 6923 within the time-
limit given, 10 business days. Even though I have been waiting since July 30, 2020 for the Human Resources Manager to respond and acknowledge my letter,
August 3, 2020 for the Chicago District Manager and the Plant Manager of Chicago Metro Surface Hub to respond and acknowledge my letter.
Ms. Tucker, I received the decision letter dated March 11, 2021 on March 20, 2021, because it was NOT mailed to me until March 17, 2021. And I responded
within the 10 business day requirement and it was received by you on April 1, 2021. Also I have included a copy of that letter with this one. Again, the decision
was unfair and biased, what another employee did or did not do should not have any bearing on the Committee's decision. I deserve to work and a non-hostile,
a safe, healthy environment. The Chicago Metro Surface Hub facility workplace environment is hostile, unsafe, and unhealthy for me to work and be in and
only just makes me sicker. And it is the obligation and responsibility of my employer to provide me with a non-hostile, safe, and healthy workplace environment
and I strongly feel Ms. Tucker and the USPS Human Resources Department is taking it as a joke.
Committee members were hostile towards me, either had
something personal to gain, made crazy accusations, and NO Doctor or Union official was present. I took every proper measure I could, informing and contacting
the union, EEO department, telephoning and writing human resources department and the district management about my hostile workplace environment.

Respectfully,
Alyce Anderson
2266 W. 10th Avenue
Gary, Indiana 46404-2264
219-427-1683 Home

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70201810000106377319

Remove ✕

Your item was delivered to a parcel locker at 8:06 am on April 21, 2021 in CHICAGO, IL 60699.

## ⊘ Delivered, Parcel Locker

April 21, 2021 at 8:06 am
CHICAGO, IL 60699

Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**April 21, 2021, 8:06 am**
Delivered, Parcel Locker
CHICAGO, IL 60699
Your item was delivered to a parcel locker at 8:06 am on April 21, 2021 in CHICAGO, IL 60699.

**April 21, 2021, 12:36 am**
Departed USPS Regional Facility
CHICAGO IL DISTRIBUTION CENTER

**April 20, 2021, 8:47 am**
Arrived at USPS Regional Facility
CHICAGO IL DISTRIBUTION CENTER

Certified Mail No. 7020 1810 0001 0637 7326

April 26, 2021
Keith S. Williams (SMO)
US Postal Service
Maintenance Department
2591 Busse Road
Elk Grove Village, IL. 60007-6101

I received your correspondence in the mail and was confused. I am still waiting
on the USPS Human Resources Department DRAC Chairperson Jessie Tucker
to reschedule my request for a new Reasonable Accommodation Committee Meeting.
Received by Certified Mail No. 7020 1810 0001 0637 6923 on April 1, 2021
It is the responsibility and obligation of my employer the US Postal Service to
provide their employee with a non-hostile, safe, and healthy workplace environment
and 2591 Busse Road in Elk Grove Village is NOT it. And I still waiting on the
US Postal Service to obey their own Rules and Regulations and fulfill their
employer obligation to me, an employee. When I receive my new workplace
location from the Human Resources Department they should contact you.
If you absolutely need to conference or meet with me, ZOOM is okay. I am
absolutely NOT returning to Chicago Metro 2591 Busse Road for any reason, it is
a HOSTILE, UNSAFE, AND UNHEALTHY workplace environment FOR ME.

Respectfully,
Alyce Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Home.

# USPS Tracking®

FAQs >

Tracking Number:

## 70201810000106377326

Remove ✕

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:18 pm on April 29, 2021 in ELK GROVE VILLAGE, IL 60007.

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

ELK GROVE VILLAGE, IL 60007
April 29, 2021, 1:18 pm

**See All Tracking History**

Feedback

---

## Text & Email Updates        ⌄

---

## USPS Tracking Plus®        ⌄

---

## Product Information        ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Certified Mail No. 7020 1810 0001 0637 7326
Certified Mail No. 7020 1810 0001 0637 6947

April 26, 2021 and May 14, 2021
Keith S. Williams (SMO)
US Postal Service
Maintenance Department
2591 Busse Road
Elk Grove Village, IL. 60007-6101

I received your correspondence in the mail and was confused. I am still waiting
on the USPS Human Resources Department DRAC Chairperson Jessie Tucker
to reschedule my request for a new Reasonable Accommodation Committee Meeting.
Received by Certified Mail No. 7020 1810 0001 0637 6923 on April 1, 2021
It is the responsibility and obligation of my employer the US Postal Service to
provide their employee with a non-hostile, safe, and healthy workplace environment
and 2591 Busse Road in Elk Grove Village is NOT it. And I still waiting on the
US Postal Service to obey their own Rules and Regulations and fulfill their
employer obligation to me, an employee. When I receive my new workplace
location from the Human Resources Department they should contact you.
If you absolutely need to conference or meet with me, ZOOM is okay. I am
absolutely NOT returning to Chicago Metro 2591 Busse Road for any reason, it is
a HOSTILE, UNSAFE, AND UNHEALTHY workplace environment FOR ME.

My apologies but I forgot to respond to the FMLA and EAP part of the
correspondence you mailed. I am still receiving daily and weekly counseling
thru EAP, also with Edge Water Health in Gary, Indiana. My Healthcare
Providers and I are awaiting my new work location to complete my application
for FMLA protection. I have enclosed additional 3971's for you to approve.

Respectfully,

Alyce Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Home.

# USPS Tracking®

FAQs >

Tracking Number:                                                            Remove ✕

# 70201810000106376947

Copy      Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:41 pm on May 17, 2021 in
ELK GROVE VILLAGE, IL 60007.

### Delivered
### Delivered, Front Desk/Reception/Mail Room

ELK GROVE VILLAGE, IL 60007
May 17, 2021, 2:41 pm

**See All Tracking History**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

August 2, 2021
Certified Mail No. 70210350000070680397

Willie R. Phillips
Supervisor Maintenance Operations
Chicago Metro Surface Hub
US Postal Service
2591 Busse Road
Elk Grove Village, IL. 60007

On Tuesday July 20, 2021 I filed a new grievance with the American Postal
Workers Union Northwest Area Local. The DRAC Chairperson and the Human
Resources Department has not yet provided me with a Date & Time for a new
Reasonable Accommodation Committee Meeting. I have been waiting since
Thursday April 1, 2021 when the DRAC Chairperson received my request.
Because the first Reasonable Accommodation Committee Meeting held
on February 17, 2021 was being made HOSTILE by an management official
(Barbara Singleton), unprofessional and inappropriate conduct by management
officials ( Alesia Hope and Barbara Singleton), NO UNION OFFICIAL WAS
PRESENT, and the DRAC Chairperson (Jessie Tucker) was dishonest about who could and could not be present,
allowing management officials on the
Reasonable Accommodation Committee who should NOT have been because
of their clear "Conflicts of Interest" (Alesia Hope, Daniel Halfman, and Shellene Bell) whom I have EEO complaints
against. And also because I was suppose to be provided a document by the DRAC Chairperson to sign with the names
the participants and that was never provided to me.

It is the obligation and responsibility of my employer, the US Postal Service, and every manager and supervisor to prov
a non-hostile, safe, and healthy
workplace environment. Also a workplace environment free from illegal
personnel practices, reprisal, and employment discrimination the ELM (Employee Labor Manual) and the Collective
Bargaining Agreement.

On Saturday July 11, 2020 I informed the Maintenance Department management officials that because of the illegal
personnel action taken against me on July 4, 2020 and more. I no longer felt safe at all and concerned over my
health conditions, which were already deteriorating working inside that facility, getting even worse. I wrote this on all
4(four) 3971's I gave to my Supervisor
Keith Williams on July 11, 2020. I have provided signed 3971's every month to
my Supervisor Keith Williams while I await a new non-hostile, safe, and
healthy workplace environment location from the US Postal Service
Human Resources Department. And I have enclosed 5(five) new 3971's. And I am also still receiving daily and weekly
counseling sessions from a doctor
with EAP, while I wait. If you absolutely need me to answer any more questions I only feel safe and comfortable being
interviewed by ZOOM.

Respectfully,
Alyce Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Home

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 70210350000070680397

**Copy**     **Add to Informed Delivery**
**(https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:00 pm on August 5, 2021 in ELK GROVE VILLAGE, IL 60007.

#### Delivered
**Delivered, Front Desk/Reception/Mail Room**

ELK GROVE VILLAGE, IL 60007
August 5, 2021, 12:00 pm

**See All Tracking History**

Feedback

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

August 9, 2021
Certified Mail No. 70203160000232191960

Chris Sikich, Manager
US Office of Personnel Management
Eagan Accounting Service Center
2825 Lone Oak Parkway
Eagan, MN. 55121-9633

Today I received and read your correspondence dated August 5, 2021. And I want to apologize to you if the Chicago District Human Resources Manager, the DRAC
Chairperson of the Human Resources Department, and the Maintenance Department Manager of Chicago Metro Surface Hub has NOT informed you of the situation.
I have NOT been at the Chicago Metro Surface Hub USPS location because of an HOSTILE, UNSAFE, and UNHEALTHY workplace environment. On July 11, 2020
my supervisor and acting department manager informed me that on July 4, 2020 an illegal personnel action was taken against me (WITHOUT NO ONE'S THEIR
KNOWLEDGE). This illegal action was done by USPS Area Maintenance Manager Alesia Hope, who at the time I had 7(seven) EEO complaints against, 8 (eight) now.
Management misconduct and continued volatile behavior made the workplace environment completely hostile, very unsafe, an extremely unhealthy. I suffer from
PTSD, Anxiety Disorder, and Depression. On July 28, 2020 I along with three of my healthcare providers informed the USPS Chicago District Manager Randy S. Stines,
USPS Chicago District Human Resources Manager Joseph Jenkins, and the USPS Chicago District Labor Relations Manager how unhealthy the workplace
environment was for me and can I be moved to another location. As of August 9, 2021 I am still waiting for those three USPS Management Officials to respond to my
healthcare providers and my request. I also have been waiting since April 1, 2021 for a date and time for a new Reasonable Accommodation Committee Meeting.
The first Reasonable Accommodation Meeting on February 17, 2021 was not conducted properly, NO UNION OFFICIAL was present, management officials were
miss behaving, and management officials with a direct "Conflicts of Interest" were allowed on the committee that had no business being on it.
Again, a apology that no one has communicated to the US Office of Personnel Management or the USPS HR Shared Services about the situation. But I have been
out all this time patiently awaiting for an detail assignment or movement to a new safer US Postal location, from the USPS Human Resources Department. And
waiting patiently on a new Reasonable Accommodation Committee Meeting date and time because of mistakes with the first one, from the DRAC Chairperson
Jessie Tucker. As soon as I am provided with a new non-hostile, safe, and healthy workplace environment location I can return to work, complete, and return the
forms that you have mailed to me.

Respectfully,

Alyce Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Home

cc: Kim Alexander-Henderson
USPS HR Shared Service Center
PO Box 9700400
Greensboro, NC. 27497-0400
Certified Mail No. 70203160000232191977

August 17, 2021
Certified Mail No. 70203160000232192028

M. Coley
USPS
Greensboro HRSSC
PO Box 970100
Greensboro, NC 27497-0100

Monday August 16, 2021  I received a document "Notice of Personnel Action"
that stated I was put on LWOP Status May 29, 2020 by HRSSC M. Coley.

M. Coley, I was off work from March 30, 2020 until June 3, 2020 with COVID-19
(Coronavirus). I have attached with this correspondence copies of my doctor's
statements. As I informed Kim Alexander-Henderson with HRSSC on August 9,
2021. I have NOT been at Chicago Metro Surface Hub since July 12, 2020
because of an HOSTILE, UNSAFE, and UNHEALTHY workplace environment.
And I am still waiting for the Chicago District Human Resources manager to
provide me with a non-hostile, safe, and healthy workplace, myself and my
healthcare providers requested on July 28, 2020. Also I am still waiting on
the DRAC Chairperson to provide me with a NEW date and time for my
Reasonable Accommodation Committee Meeting. The first one held on
February 17, 2021 NO UNION OFFICIAL was present and Area Maintenance
Manager Alesia Hope, who I have 8(eight) EEO complaints, was let onto the
committee making it impartial, because of a direct "Conflicts of Interest".

As soon as I am provided with a NON-HOSTILE, SAFE, and HEALTHY
workplace environment location I can return to work and I will contact
someone with HRSSC immediately.

Respectfully,

Alyce Anderson
EIN 02547761
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683

cc: Manager, USPS
Human Resources
Shared Service Center
PO Box 970100
Greensboro, NC 27497-0100
Certified Mail No: 70203160000232192059

September 13, 2021
Certified Mail No. 70133020000215923345

Keith Williams
Supervisor Maintenance Operations
Chicago Metro Surface Hub (L&DC)
2561 Busse Road
Elk Grove Village, IL. 60007

I have responded to all of your correspondence mailed to me on September 18, 2020- April 26, 2021- May 14, 2021 and have attached signed and dated 3971's with each correspondence. And I also responded to the correspondence mailed to me from Supervisor Maintenance Operations Willie R. Phillips on August 2, 2021 and attached more signed and dated 3971's with that correspondence.

Unfortunately, I am still waiting on the notice with the date and time for my NEW Reasonable Accommodation Committee Meeting from DRAC Chairperson Jessie Tucker (312) 983-8540 or (312) 405-4601 and HR Manager (Joseph Jenkins) (312) 983-8498. My request was mailed Certified Mail and received by the Chicago District Human Resources DRAC Chairperson on April 1 and April 21, 2021 and brought to the attention of the HR Manager (Chicago) on September 1, 2021. Due to the fact that my first Reasonable Accommodation Committee Meeting held on February 17, 2021 was Hostile, Unfair, Discriminatory/Not Impartial. Violating the ELM 661.2(d) Conduct Prohibition against "Conflicts of Interest", ELM 665.23 Prohibited Conduct Discrimination, ELM 666.12(b) Prohibited Personnel Practices Discrimination, ELM 811.23(a) Safety-Health-Environment Guiding Principles People, ELM 811.24(a) Safety Philosophy, and 911.3 Labor Relations Participation and Membership in Labor Organizations "Conflict of Interest". I also filed another grievance CM221-171 with the APWU on July 20, 2021 for DRAC Chairperson and HR Manager again violating ELM 304 section 24 Timeframe Processing Request Reasonable Accommodation and CM220-331 settlement agreement F18T-1F-C20469951.

Mr. Williams it is the EMPLOYER/MANAGEMENT obligation, responsibility,and training to provide me with a NON-HOSTILE, SAFE, and HEALTHY workplace and workplace environment. I have informed the USPS EEO department and APWU Union office multple times about management employment discrimination, bad personnel practices, and retaliatory misconduct. Who either aided, ignored, or refused to take action against your (Mr. Williams) superiors even when the Collective Bargaining Agreement and the ELM were clearly being violated. Chicago Metro Surface Hub (L&DC) is a HOSTILE, UNSAFE, and UNHEALTHY workplace environment for me, especially with my disability conditions. I am still being counseled by EAP weekly and I will attach additional signed and dated 3971's with this correspondence. And again if you need to interview or ask me any question (as I mentioned before) please set-up a ZOOM conference, I do NOT feel safe or comfortable at Chicago Metro Surface Hub (L&DC) anymore after what happened on July 11, 2020.

Respectfully,

Alyce H. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404-2264

cc: Acting Area Vice President (Sal Vacca)
Great Lakes Area Operations
500 E. Fullerton Ave.
Carol Stream, IL. 60199-9641
Certified Mail No. 70133020000215923321

Case: 1:23-cv-15585 Document #: 1 Filed: 02/13/24 Page 27 of 40 PageID #:81 USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70133020000215923345

Copy       Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:10 pm on September 18, 2021 in ELK GROVE VILLAGE, IL 60007.

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

ELK GROVE VILLAGE, IL 60007
September 18, 2021, 12:10 pm

**See All Tracking History**

---

Text & Email Updates ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

1-14-2022    Complaint ID = RXE 003 794 2022    3:40 pm



# EEO efile

Your Session Will Expire in 30 minute(s)

- Submissions
- My Account
- Resources
- Logout

# EEO Contact Summary - *Step 9 of 9*

Verify the information below. Once you submit, you will not be able to edit it, so please be sure all information is correct. If you need to make changes, click the Edit button for the information you would like to change.

## CURRENT SAVED INFORMATION

### Office

**Office** 161128 - WESTSHORE PROC FIELD UN

[ Edit Office ]

### Alleged RMO(s)

**Name:** Kelly   Hullett
**Name:** Orlando   Anderson
**Name:** Felicia   Raheem
**Name:** Stacey   Beck

[ Edit RMO ]

### REDRESS® / Anonymity / Extension

**Anonymous:** No
**REDRESS®:** Yes
**Extension:** No

[ Edit REDRESS® / Anonymity / Extension ]

### Grievance/MSPB Appeal

**Previous Grievance:** No
**Disciplinary Review Board:** Yes Date: ( 01/14/2022 )
**MSPB Appeal:** No

[ Edit Grievance/MSPB Appeal/Section 650 Appeal ]

### Representative Information

No Representative added

Edit Representative

---

**Claims**

**Claim Type:** Reasonable Accommodation Disability
**Incident Date:** 12/22/2021
**Basis/Bases:** General: Disability - Mental, Color, Reprisal
Race: Black, Not of Hispanic Origin
Sex: Female
**Summary of Issue:** On December 22, 2021 when NEEOISO EEO Services Analyst Kelly Hullett, EEO ADR Specialists Felicia L. Raheem and Orlando Anderson, and HQ EEO Dispute Resolution Manager EEO Compliance and Appeals violated 29 C.F.R 1614.101-106 and USPS Employee Labor Manual (ELM) Prohibited Conduct 661.2(l), 661.2(ac), also 664(a) and (b), Prohibited Discrimination 665.23, Prohibited Personnel Practices 666.12(b), 666.17, 666.18(a). When all 4 signed and mailed to case complainant an "Acceptance for Investigation" document with a list of specific issues that included false and fraudulent information and specific issues detailed by case complainant that was omitted. Complainant contacted the USPS OIG December 29, 2021 and VP Labor Relations January 14, 2022. I am given NO CHOICE but to add these for individuals to the EEO Case as additional violating management officials. If it was not detailed in the employees 9-17-21, 10-5-21, 11-17-21, 11-20-21, and 12-29-21 correspondences to EEO, it has NO reason being given as one of the employee's issues/claims when it isn't.
**Remedy Requested:** For all the corrections and additions to be made by the USPS NEEOISO mailed dated December 29, 2021 to employee EEO Complaints Case. And additional remedies to be requested at a later date.

Edit Claims

---

**Documents**

**File Name:** img335.jpg
**File Name:** img336.jpg
**File Name:** img337.jpg

Edit Documents

---

**Rights and Responsibilities**

**Rights and Responsibilities:** Acknowledged

Edit Rights and Responsibilities

Back  Submit  Cancel

Privacy Policy | Contact Administrator

January 14, 2022
page 1 of 5

To:

Vice President Labor Relations
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC. 20260-4100

Complaint

1.) Violations of USPS Employee Labor Manual
660 Conduct

2.) Violations of USPS Employee Labor Manual
666 Prohibited Personnel Practices

By;

Kelly Hullett, USPS EEO Service Analyst
Orlando Anderson, USPS EEO ADR Specialist
Felicia C. Raheem, USPS EEO ADR Specialist
Stacy N. Beck, USPS Manager EEO Dispute Resolutions

The 4 (four) above employee's (EEO Officials)
on December 22, 2021 signed and sent me the
National EEO Investigative Services Office 10 page
formal EEO "Acceptance for Investigation" notice
for my EEO Complaints Case No. 1F-341-0197-21.

Complaint

January 14, 2022
page 2 of 5

The problem, misconduct and violations occur with the Specific Issue(s) accepted. Each issue mainly the first 3 (three) are false, altered, or incorrect. And there is an Specific issue missing from it.

Which violates, 29 C.F.R 1614.101-106 and also violates 666.2(i) Prohibition against fraud or false statements in a government matter (18 U.S.C. 1001), 664(b) Bribery, Undue Influence, or Coercion, 666.12(b) Prohibited Discrimination Individual Status, and 666.18(a) Reprisal for Release of Information.

3) Violations of USPS Employee Labor Manual 664 Bribery, Undue Influence, or Coercion

I am being denied due process and the fair and impartial processing of my EEO complaints case. USPS EEO officials are trying to navigate and use their undue influence to hurt and harm an employee EEO complaints case. Which is causing me undue emotional distress for having to fight with EEO officials just to receive fair and impartial processing of my complaints case 1F-341-0197-21.

January 14, 2022
page 3 of 5.

Complaint

I provided USPS EEO department with a clear and detail description of my claims and issues on September 17, 2021 - October 5, 2021 - November 17, 2021 - November 20, 2021. And after the NEEO150 notice on December 22, 2021 - December 29, 2021.

I ask that you take action and address this matter (complaint) as soon as possible.

Respectfully,

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana 46404
219-427-1683 Landline

To:

January 19, 2022
page 1 of 3

William C. Sundquist
EEO Services Analyst
P.O. Box 21979
Tampa, FL. 33622-1979

Agency Case Number: 1F-341-0197-21

Notice by Complainant to Amend EEO Complaints
Case No: 1F-341-0197-21

Pursuant to Title 29 C.F.R § 1614.106 (d) that permits the amendment of a pending EEO Complaint to add claims that are like or related to those claim raised in the pending complaint. The Complainant may amend a complaint at any time prior to the conclusion of the investigation to include issues or claims like or related to those raised in the complaint. The additional matters raised in my new pending complaint are like or related to the matters raised in my formal complaint submitted September 17, 2021.

Added Claim/Issue(s)

1) EEO Official denied my mediation redress requested on September 17, 2021 because the violating US Postal Service management officials would not acknowledge and refused to respond to the EEO

January 19, 2022
page 2 of 3

Agency Case Number: 1F-341-0197-21
continued,

ACR Specialist Felicia L. Raheem request to
mediate,

In violation of 29 C.F.R § 1614.101-106 and
the USPS ELM 661.2(i) and ELM 661.2(ac)

2) EEO Officials Kelly Hulett, Orlando Anderson,
Stacy N. Beek, and Felicia L. Raheem on
December 22, 2021 conspired to committ fraud in a
government matter, When they added false statements
and incorrect information to the Complainant Claims
and issues, not provided by the Complainant on any
documentation submitted the the US Postal Service
EEO Department, Then Accept those false
statements for Investigation,

In violation of 29 C.F.R § 1614.101-106, ELM 661.2(i),
661.2(ac)

And as of today Wednesday January 19, 2022
those same USPS EEO Officials still have not
acknowledged or responded to my (the Complainant)
December 29, 2021 disagreement to the USPS EEO
Officials specific issues accepted for Investigation.

Affidavit A
Page 80 of 110

January 19, 2022
Page 3 of 3

Agency Case Number: IF-341-0197-21

Respectfully,

Alyce R. Anderson
2266 W. 10th Ave.
Gary, Indiana
219-437-1683            Landline

cc: Linda Falcao
EEO Complaints Investigator
4240 Blatts Lane
Durham, NC 27712-9360
610-642-8091

Pursuant to Title 29, C.F.R § 1614.106(e)
the Agency, National EEO Investigative Services
Office, is Required to acknowledge the amendment
request and to send a copy to the Contract
Investigator,

I have included this with my EEO Investigative
Affidavit to Case No. IF-341-0197-21

00246

# R ˽UEST FOR HEARING FOF

TO: THE COMMISSION HEARINGS UNIT:
DISTRICT DIRECTOR, CHICAGO DISTRICT OFFICE
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
230 S DEARBORN ST STE 1866
CHICAGO IL 60604-1505

Dear Sir/Madam:

I am requesting the appointment of an Equal Employment Opportunity Commission Administrative Judge pursuant to Title 29, Code of Federal Regulations, Part 1614.108(g). I hereby certify that either more than 180 days have passed from the date I filed my formal complaint or I have received a notice from the Postal Service that I have thirty (30) days to elect a hearing or a final agency decision.

**Complainant Information: (Please Print or Type)**

Complainant's Name (Last, First, M.I.): ANDERSON, ALYCE R

Home/mailing address: 2266 W. 10th Avenue

City, State, Zip Code: Gary, Indiana 46404

Home or Mobile Phone # (with area code): 219-427-1683 Landline / Fax

E-mail address (if any): N/A

Agency Case Number 1F-341-0197-21 Filed On 11/18/2021 My EEOC Sub-Agency: USPS Field Areas and Regions

**Attorney/Representative Information (if any) :**

Attorney Name: Not at this time

Non-Attorney Representative Name:

Address:

City, State, Zip Code:

Telephone number (if applicable):

E-mail address (if any):

Fax number (if any):

I will require the following reasonable accommodation(s) to participate in the hearing process. Complainant require the following reasonable accommodation to participate in the hearing process. Complainant select and chose that all communications be conducted in HARD copy form only thru fax and US Mail servi.

In accordance with Section 1614.108(g), my signature below certifies that I have sent a copy of this request for a hearing to the Postal Service to the following address:

NATIONAL EEO INVESTIGATIVE SERVICES
U.S. POSTAL SERVICE
PO BOX 21979
TAMPA FL 33622-1979

I understand that, if I have not provided the Postal Service with a copy of this request for a hearing to the address listed above, the Postal Service will issue a final decision on my complaint, resulting in the loss of my right to a hearing.

Sincerely,

_Alyce R Anderson_ _March 8, 2022_
Signature of Complainant or Complainant's Attorney     Date

NOTE: Only Complainant or their attorney can sign the request for a hearing. Non-attorney representatives may not sign requests for a hearing. Hearing requests must be signed. Unsigned Hearing requests will not be assigned a hearing number or an Administrative Judge.



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

## COMPLAINT FORM

**Use this form to file a complaint about:**
**1) an Illinois lawyer;**
**2) a non-Illinois lawyer who has provided legal services in Illinois; or**
**3) a non-lawyer who you are claiming has engaged in the unauthorized practice of law in Illinois.**

**Return the completed form by e-mail, mail or facsimile to:**

| | | |
|---|---|---|
| **ARDC**<br>**130 E. Randolph Dr., Ste. 1500**<br>**Chicago, IL 60601-6219**<br>**Phone: (312) 565-2600 or (800) 826-8625**<br>**Fax: (312) 565-2320**<br>**Email: information@iardc.org** | **or** | **ARDC**<br>**3161 W. White Oaks Dr., Ste. 301**<br>**Springfield, IL 62704**<br>**Phone: (217) 546-3523 or (800) 252-8048**<br>**Fax: (217) 546-3785**<br>**Email: information@iardc.org** |

1. Your name:  **Alyce R. Anderson**

Street address:  **2266 W. 10th Avenue**

City:  **Gary**                     State: **Indiana**                     Zip:  **46404**

Home phone:  **2194271683**        Work phone:                     Cell phone:

Email address:

2. Name of lawyer/person you want to be investigated:   **Alison D. Alvarez**

Name of law firm or business:  **US Postal Service Law Department ELO-Central**

Street address:  **433 W. Harrison Street, 7th floor**

City:  **Chicago**                     State: **Illinois**                     Zip:  **60699-7000**

Phone:  **3126695927**

Email address:   **Alison.D.Alvarez**

3. Have you previously contacted the ARDC regarding this matter?   Yes ☐   No ☑

If yes, when and how did you contact us?

4. Did you employ the lawyer/person you are complaining about:   Yes ☐   No ☑

4a.   If you answered yes to question 4:

When did the employment start?

What was the fee agreement?

How much have you paid the lawyer/person to date?

*over* .

**4b.**  If you answered no to question 4 what is your connection to the lawyer/person?
**One of the Attorney Represenatives for the Agency (United States Postal Service)**

**5.**  If your request relates to a court case or other proceeding, please provide the following:

Name of court or agency:  **US Equal Employment Opportunity Commission (Boston Area Office)**

Name of case:  **Alyce R. Anderson v Louis DeJoy Postmaster General United States Postal Service Agency**

Case number:  **440-2021-00167X, 440-2022-00027X, 440-2022-00170X**

**6.**  Please explain your complaint(s).  Include important dates and names of witnesses and others involved.  Use additional pages if necessary.  Attach copies of documents that support your complaint, such as fee agreements, receipts, checks, letters and court papers.

Alison D. Alvarez violated the Illinois Supreme Court Rules (Misconduct) 8.4(a), 8.4(c), and 8.4(d). It is professional misconduct for a lawyer to (a) violate or attempt to violate the Rules of professional conduct, knowingly assist or induce another to do so, or do so through the acts of another. (c) engage in conduct involving dishonesty, fraud, deceit, or misrepresentation. (d) engage in conduct that is prejudicial to the administration of justice. When on June 3, June 7, June 21, July 1, and July 12, 2022 attorney Alvarez made dishonest, misleading and deceitful statements submitted to a Administrative Judge in a US EEOC federal proceeding. Attorney Alvarez June 3, 2022 lied and made false statements in a correspondence to me, regarding a telephone conversation would had just had with each other moments before. Stating that I received an Order from the court on May 31, 2022, that I was refusing to discuss it until it was mailed to me, and that the OFO stated to me that I need to show good cause to communicate through the US Mail Service only. The truth is, I (Complainant) never refused to do anything, attorney Alison is fully aware that I only communicate in US EEOC proceedings in hard copy form and has been made aware on several occasions, that I never provided any email address to the court. Attorney Alvarez also lied and said that the US EEOC OFO ordered me in a previous decision to use email only which was a LIE. June 7, 2022 attorney Alvarez lied and made false statements in a Pre-Conference statement to the Administrative Judge on Page 1, 5, and 6. When she stated I received the Judge Order on May 31, 2022, attorney tried to discuss a settlement demand, and I did not respond to the attorney June 2 telephone calls. The truth is, I (Complainant) recieved the Judge acknowledge order on June 3 when it was faxed to my home. I was unable to discuss, contribute, or engage with the Agency attorney Alvarez with or on

any joint Pre-Conference Statement because on June 3 I had just received the Administrative Judge's acknowledge order and initial scheduling order and was just made aware that it contained 3(three) consolidated cases. June 3, 2022 attorney Alvarez never mentioned that she wanted to discuss any type of settlement demand. On June 21, 2022 attorney Alvarez lied and made false statements in a correspondence to the Administrative Judge the Agency attempted to return my (Complainant) telephone call but my telephone would not accept the call or allow the Agency to leave a voicemail. And that the 433 W. Harrison US Postal Service was the closest to my home in Gary, Indiana that could comply with the Judge's Orders. The truth is, the Agency refused to communicate with I (the Complainant) and was never actually trying to return my telephone calls but block their on telephone calls to the my home in an attempt to manipulate and mislead the court Administrative Judge into thinking I was not being cooperative. I can provide a copy of my home telephone number call log. The 433 W. Harrison Street is NOT the closest US Postal Service location to my home in Gary, Indiana that is equiped to handle and conduct a ZOOM or telephone conference call with the US EEOC Administrative Judge, the Gary main post office is a 8 to 10 minute drive from my home. On July 1, 2022 and July 12, 2022 attorney Alvarez lied and made false statements in a Motion for Sanctions to the court US EEOC Administrative Judge. Attorney Alvarez has also violated 18 USC 1001 it is a felony to make false, misleading statements, or falsify a material fact in a document to a government official. I would like the ARDC to investigate the actions and misconduct of attorney Alison D. Alvarez.

Signature: **Alyce R. Anderson**　　　　　　Date: **July 26, 2022**



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
**of the**
**SUPREME COURT OF ILLINOIS**

## COMPLAINT FORM

**Use this form to file a complaint about:**
1) an Illinois lawyer;
2) a non-Illinois lawyer who has provided legal services in Illinois; or
3) a non-lawyer who you are claiming has engaged in the unauthorized practice of law in Illinois.

**Return the completed form by e-mail, mail or facsimile to:**

| | | |
|---|---|---|
| **ARDC**<br>130 E. Randolph Dr., Ste. 1500<br>Chicago, IL 60601-6219<br>Phone: (312) 565-2600 or (800) 826-8625<br>Fax: (312) 565-2320<br>Email: information@iardc.org | **or** | **ARDC**<br>3161 W. White Oaks Dr., Ste. 301<br>Springfield, IL 62704<br>Phone: (217) 546-3523 or (800) 252-8048<br>Fax: (217) 546-3785<br>Email: information@iardc.org |

---

1. Your name: **Alyce R. Anderson**

Street address: **2266 W. 10th Avenue**

City: **Gary** State: **Indiana** Zip: **46404**

Home phone: **2194271683** Work phone: Cell phone:

Email address:

2. Name of lawyer/person you want to be investigated: **Nikolai G. Guerra**

Name of law firm or business: **US Postal Service Law Department ELO-Central**

Street address: **433 W. Harrison Street, 7th floor**

City: **Chicago** State: **Illinois** Zip: **60699-7000**

Phone: **3126695900**

Email address: **nikolai.g.guerra@usps.gov**

3. Have you previously contacted the ARDC regarding this matter? Yes [ ] No [✔]

If yes, when and how did you contact us?

4. Did you employ the lawyer/person you are complaining about: Yes [ ] No [✔]

4a. If you answered yes to question 4:

When did the employment start?

What was the fee agreement?

How much have you paid the lawyer/person to date?

*over*

**4b.** If you answered no to question 4 what is your connection to the lawyer/person?
**One of the Attorney Represeratives for the Agency (United States Postal Service)**

**5.** If your request relates to a court case or other proceeding, please provide the following:

Name of court or agency: **US Equal Employment Opportunity Commission (Boston Area Office)**

Name of case: **Alyce R. Anderson v Louis DeJoy Postmaster General  United States Postal Service, Agency**

Case number: **440-2021-00167X, 440-2022-00027X, 440-2022-00170X**

**6.** Please explain your complaint(s).  Include important dates and names of witnesses and others involved. Use additional pages if necessary.  Attach copies of documents that support your complaint, such as fee agreements, receipts, checks, letters and court papers.

**Nikolai G. Guerra violated the Illinois Supreme Court Rules (Misconduct) 8.4(c) and 8.4(d). It is professional misconduct for a lawyer (c) to engage in conduct involving dishonesty, fraud, deceit, or misrepresentation and (d) engage in conduct that is prejudicial to the administration of justice. When on June 21, June 22, and July 12, 2022 made dishonest, misleading, and deceitful statements submitted to a Administarative Judge in a US EEOC federal proceeding. Attorney Guerra states that Guerra tried to call my (complainant) home telephone number on June 21 and June 22, 2022 but my telephone would not accept the calls or allow for the attorney to leave a message. And on July 12, 2022 this misleading statements and misrepresentation of material facts was provided again to the court (US EEOC) in a Motion filed in Response to myself (complainant) opposing the Agency Motion for Sanctions. Attorney Guerra also lied to the US EEOC Administrative Judge when on June 21, 2022 stated that the closet US Post Office location 433 W. Harrison Street in Chicago, Illinois was the closest location to my home in Gary, Indiana where I could partcipate in a ZOOM or telephone conference with the US EEOC Administrative Judge which is completely false. Attorney Guerra also violated 18 USC 1001, it is a felony to make materially false or misleading statements to a government official. I would like the ARDC to investigate the actions and misconduct of attorney Nikolai G. Guerra.**

Signature: **Alyce R. Anderson**                    Date: **July 26, 2022**